IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EUGENE TYRONE MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:12CV374 |
| ) | |
| GUILFORD COUNTY SUPERIOR ) | |
| COURT, ) | |
| ) | |
| Respondent. ) | |

ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 16, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Petition [Doc. #2] is DISMISSED for failure to apply to the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current Petition as is required by 28 U.S.C. § 2244. A Judgment will be entered contemporaneously with this Order.

_____
United States District Judge

Date: May 22, 2012